# CASE ANNOUNCEMENTS

*December 30, 2009*

[Cite as *12/30/2009 Case Announcements*, 2009-Ohio-6816.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–1855.   State ex rel. Jackim v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1939.   State ex rel. Runyon v. Sage.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2081.   Effinger v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Richard Effinger. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2088.   Johnson v. Knab.**
In Habeas Corpus. On petition for writ of habeas corpus of James Johnson Jr. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2089.   Mubashshir v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Mujtabaa L. Mubashshir. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2093.   DeDonno v. Bradshaw.**
In Habeas Corpus. On petition for writ of habeas corpus of Gregory Smith DeDonno. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009–1543.   Global Knowledge Training, L.L.C. v. Levin.**
Board of Tax Appeals, No. 2006–V–471. On motions for admission pro hac vice of Michael P. Robotti and William I. Sussman by Nicholas M.J. Ray. Motions granted.